# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                            NO. 4:14CR00010-20 JLH

KERRY LEE WOOLFOLK                                          DEFENDANT

## ORDER

Court convened for a scheduled change of plea hearing on this date. During the course of the hearing, the Court was informed that defendant's true name is Kerry Lee Woolfolk. Therefore, the Clerk is directed to take the appropriate steps to reflect that defendant's correct name is Kerry Lee Woolfolk.

IT IS SO ORDERED this 25th day of January, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE